# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOIS KATZIFF, DAVID RICHARDS, and CAROLYN SHAPIRO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>BEVERLY ENTERPRISES, INC., a Delaware corporation, GOLDEN GATE NATIONAL SENIOR CARE ADMINISTRATIVE SERVICES, LLC, BEVERLY ENTERPRISES, INC. 401(K) SAVINGSPLUS PLAN ADMINISTRATION COMMITTEE, and MICHAEL KARICHER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 07-11456NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO ADMIT ATTORNEY RONALD S. KRAVITZ
### *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1) Plaintiffs Lois Katziff, David Richards and Carolyn Shapior seek to have Ronald S. Kravitz appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2) I, Mala M. Rafik, am a member of the bar of this Court and have entered an appearance for Plaintiff. I am a partner in the law firm of Rosenfeld & Rafik, P.C. I am associated with counsel Kravitz who is a practitioner practicing at Liner Yankelevitz Sunshine & Regenstreif LLP, 199 Fremont Street, 20th Floor San Francisco, CA 94105-2255.

(3) Accompanying this Motion is a Certificate by Mr. Kravitz certifying that he meets the requirements specified in Local Rule 83.5.3.

(4) No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Ronald S. Kravitz be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

Dated: August 21, 2007

/s/ Mala M. Rafik
Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
44 School Street
Suite 350
Boston, MA  02108
(617) 723-7470
mmr@rosenfeld.com

Attorney for the Plaintiffs