# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOIS KATZIFF, DAVID RICHARDS, and CAROLYN SHAPIRO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEVERLY ENTERPRISES, INC., a Delaware corporation, GOLDEN GATE NATIONAL SENIOR CARE ADMINISTRATIVE SERVICES, LLC, BEVERLY ENTERPRISES, INC. 401(K) SAVINGSPLUS PLAN ADMINISTRATION COMMITTEE, and MICHAEL KARICHER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 07-11456NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF RONALD S. KRAVITZ FOR ADMISSION *PRO HAC VICE* IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, Mala M. Rafik (BBO No. 638075) who has entered an appearance in this case, has moved this Court to grant leave for Ronald S. Kravitz to practice before this Court in this particular case.

Furthermore, I, Ronald S. Kravitz, do hereby certify the following:

(1) I am a member in good standing of the bar of the jurisdictions where I have been admitted to practice, including the United States District Court for the District of California.

(2) My office address and telephone number is: Liner Yankelevitz Sunshine & Regenstreif LLP, 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255.

(3) There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case L*ois Katziff et. al. v. Beverly Enterprises, Inc., et. al*, Civil Action Number, 07-11456-NMG.

Sworn to this date under penalties of perjury,

Dated: August 21, 2007        /s/ Ronald S. Kravitz, Esq.
                              SBN: 129704
                              LINER YANKELEVITZ
                              SUNSHINE & REGENSTREIF LLP
                              199 Fremont Street, 20th Floor
                              San Francisco, CA 94105-2255
                              Telephone: (415) 489-7700
                              Facsimile: (415) 489-7701
                              Email: rkravitz@linerlaw.com